```
ANDRÉ BIROTTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CATHY J. OSTILLER (Cal. State Bar No. 174582)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone:  (213) 894-6159
     Facsimile:  (213) 894-6269
     E-mail: cathy.ostiller@usdoj.gov
Attorneys for Complainant
UNITED STATES OF AMERICA
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

PAMELA SHARON HEINRICHS,

A fugitive from the Government of Canada

)
)
)
)
)
)
)
)
)
)
)

CR. No. 11-2977M

[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION

Upon consideration of the request of the United States for the detention of fugitive PAMELA SHARON HEINRICHS ("HEINRICHS") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d

1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, HEINRICHS does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

    2.    The government alternatively requests detention on the grounds that HEINRICHS presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the confidential Pretrial Services report. Based on the allegations in the extradition complaint concerning HEINRICHS' offense in Canada, the Court finds that HEINRICHS poses a potential risk to the safety of the community. Based on the allegations in the extradition complaint concerning HEINRICHS' substantial ties to Canada and dual Canadian and Australian citizenship, the Court also finds that HEINRICHS is a risk of flight, particularly in light of HEINRICHS' apparent lack of ties to this District.

IT IS SO ORDERED.

DATED: 12/16/11

*Margaret A. Nagle*
HONORABLE MARGARET A. NAGLE
United States Magistrate Judge